913 A.2d 801

IN THE MATTER OF JAMES C. DEZAO, III, AN ATTORNEY AT LAW (ATTORNEY NO. 019511985).

January 19, 2007.

### CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision 06–237, concluding that **JAMES C. DeZAO, III**, of **PARSIPPANY**, who was admitted to the bar of this State in 1985, should be admonished for violating of *RPC* 1.15(d) (recordkeeping violations), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.